Mary E. Bacon, Esq.
(NV Bar No. 12686)
Jessica E. Chong, Esq.
(NV Bar No. 13845)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
       jchong@spencerfane.com

*Attorneys for Defendant Garrison Property and Casualty Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **CHRISTOPHER BALLESTEROS**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY**, d/b/a USAA, a foreign entity; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION BY DEFENDANT GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY PURSUANT TO 28 U.S.C. §1332 AND 28 U.S.C. §1441(b)** |

**TO: THE CLERK OF THE COURT; ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1441, Defendant Garrison Property and Casualty Insurance Company ("Garrison" or "Defendant"), hereby gives notice of removal of the above-entitled action from the Eighth Judicial District Court of Clark County, Nevada, Case No. A-22-858027-C, to the United States District Court for the District of Nevada and further states as follows:

**STATEMENT OF JURISDICTION**

This Court has original jurisdiction under 28 U.S.C. § 1332 based on diversity of citizenship and removal is therefore proper under 28 U.S.C. § 1441(b) as there is complete diversity between

the parties and the matter in controversy exceeds $75,000.00.

**THE REMOVED CASE**

The removed case is a civil action and was originally filed on September 7, 2022, in the Eighth Judicial District Court of Nevada, Clark County, having been assigned Civil Case No. A-22-858027-C, captioned: "*Christopher Ballesteros v. United Services Automobile Association.*" A copy of Plaintiff's Complaint is attached hereto as Exhibit "A." Plaintiff filed an Amended Complaint on January 3, 2023, bearing the same case number, entitled *Christopher Ballesteros v. Garrison Property and Casualty Insurance Company*. A copy of Plaintiff's Amended Complaint is attached hereto as Exhibit "B." The only material change made in the Amended Complaint was changing the name of the defendant.

Plaintiff alleges in the removed case that he was in an automobile accident and sustained injuries. Amended Complaint at ¶¶ 12, 14. He alleges that he is entitled to benefits under a Garrison policy; that policy provides coverage for up to $100,000 per person in underinsured/uninsured motorist benefits. *Id.* at ¶¶16-17; Exhibit C, Policy Declaration Page. Plaintiff has requested policy limits from the Underinsured Motorist's policy Defendant issued to him in addition to contractual damages, punitive/ exemplary damages, compensatory and/or consequential damages, and attorney's fees, interest and costs. *Amended Complaint* at ¶ 17; Exhibit D, April 7, 2022 Letter from Plaintiff's Counsel to Garrison (medical records redacted, alleging at least $216,449.00 in medical damages); Prayer for Relief at ¶¶ 3-8.

A copy of all processes GARRISON received are attached as Exhibit A. A copy of all pleadings and orders in the removed case are attached as Exhibit "E" hereto, as required by 28 U.S.C. § 1446(a).

**REMOVAL IS TIMELY**

This action was commenced against United Services Automobile Association ("USAA") on October 26, 2022. Exhibit A, Complaint at p.1. The Summons and Complaint was served upon USAA through the Nevada Division of Insurance on November 1, 2022. *See* Exhibit A. No other service has been effectuated.

Plaintiff's insurance policy is with Garrison Property and Casualty Insurance Company — not United Services Automobile Association. On December 3, 2022, Plaintiff filed an Amended Complaint, only naming Garrison. Garrison was served on January 10, 2023. This removal is filed within 30 days of receipt of the Amended Complaint by Defendant even though it was not formally served on Garrison.

### **VENUE REQUIREMENT IS MET**

Venue is proper under 28 U.S.C. § 1441(a) because this Court is the United States Court of the District and Division embracing the place where the State Court action is pending.

### **DIVERSITY OF CITIZENSHIP EXISTS**

This is a civil action that falls under the Court's original jurisdiction under 28 U.S.C. § 1332 (diversity of citizenship) and is one that may be removed to this Court based upon diversity of citizenship pursuant to 28 U.S.C. §§ 1441 and 1446.  Plaintiff alleges he is a resident of the County of Clark, State of Nevada.  Amended Complaint at ¶ 1. Defendant, Garrison, is a Texas corporation with its principal place of business in the State of Texas.  ECF. 2 (Corporate Disclosure Statement).

### **THE AMOUNT IN CONTROVERSY**

Plaintiff alleges that he was the driver of a vehicle involved in a motor vehicle collision, wherein he suffered injuries as a result of the negligence by a non-party (at fault) driver, Spencer Shepherd ("Shepherd"). Complaint at ¶11.  Shepherd allegedly had insufficient insurance coverage to compensate Plaintiff for his injuries. *Id*. at ¶¶15-16.   Shepherd's insurance tendered its per-person limit. *Id.* at ¶15.

Plaintiff alleges medical expenses of over $200,000 as a result of the collision. Exhibit D. Plaintiff has demanded full policy limits of $100,000 in underinsurance/uninsured motorist benefits. *Id*. Plaintiff seeks damages from GARRISON for breach of contract, tortious breach of the implied covenant of good faith and fair dealing, and breach of statutory duties. *See* Amended Complaint, generally.  By a preponderance of the evidence, and with all categories of damages alleged taken into account, the Complaint alleges an amount in controversy in excess of $75,000.00.

1    Hence, the State Court Action may be removed to this Court by Defendant in accordance
2 with the provisions of 28 U.S.C. § 1441(a) because: (1) the action is a civil action pending within
3 the jurisdiction of the United States District Court for the District of Nevada; (2) this action is
4 between citizens of different states; and (3) the amount in controversy exceeds $75,000.00,
5 exclusive of interest and costs.

6    **FILING REMOVAL PAPERS**

7    Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action has been
8 provided simultaneously to Plaintiff.  A copy of this Notice of Removal will be filed with the Clerk
9 of the Eighth Judicial District Court of Clark County, Nevada.

10    WHEREFORE, Defendant, hereby removes the above-captioned action from the Eighth
11 Judicial District Court of Clark County, Nevada and requests that further proceedings be conducted
12 in this Court as provided by law.

13 Dated:  January 24, 2023.

**SPENCER FANE LLP**

By:  */s/ Mary Bacon*
     Mary E. Bacon, Esq.
     NV Bar No. 12686
     Jessica E. Chong, Esq.
     NV Bar No. 13845
     300 S. Fourth Street, Suite 950
     Las Vegas, NV 89101
     *Attorneys for Garrison Property and Casualty Company*

# CERTIFICATE OF SERVICE

On January 24, 2023, I certify that a true and correct copy of **NOTICE OF REMOVAL OF ACTION** was filed using the Court's CM/ECF system, which will electronically notify all counsel of record as follows:

Brian Blankenship, Esq.
Joseph N. Mott, Esq.
Amelia M. Vlallette
4101 Meadows Lane, Ste. 100
Las Vegas, Nevada 89107
brian@claggettlaw.com
joey@claggettlaw.com
mia@claggettlaw.com
*Attorneys for Plaintiff*

By: /s/ Adam Miller
An employee of Spencer Fane LLP