Mary E. Bacon, Esq.
(NV Bar No. 12686)
Jessica E. Chong, Esq.
(NV Bar No. 13845)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
       jchong@spencerfane.com

*Attorneys for Defendant Garrison Property and Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **CHRISTOPHER BALLESTEROS**, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>**GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY**, d/b/a USAA, a foreign entity; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>        Defendants. | Case No. 2:23-cv-00135-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff, Christopher Ballesteros ("Plaintiff"), and Defendant, Garrison Property and Casualty Insurance Company ("Defendant") have agreed to extend the time for Defendant to Respond to Plaintiff's Amended Complaint for three days, from January 31, 2023 to February 3, 2023. Plaintiff filed her amended complaint on January 3, 2023 and Defendant was served on January 10, 2023. This is the parties' first stipulation to extend Defendant's time to respond to the Amended Complaint.

The parties request this brief extension to accommodate evaluation of Plaintiff's Amended Complaint, Defendant's counsel being out of the office after the Amended Complaint was filed, and Defendant completing its evaluation of this matter.

This request is made in good faith and not for the purpose of delay.

DATED this 31st day of January, 2023.

SPENCER FANE, LLP

/s/ Mary Bacon
Mary E. Bacon (Nevada Bar No. 12686)
300 South Fourth Street, Suite 950
Las Vegas, Nevada  89101
Attorneys for *Defendant Garrison Property and Casualty Insurance Company*

CLAGGETT & SYKES LAW FIRM

/s/ Brian Blankenship
Brian Blankenship, Esq.
Nevada Bar No. 11522
Scott E. Lundy, Esq.
Nevada Bar No. 14235
4101 Meadows Lane, Ste. 100
Las Vegas, Nevada 89107
(702) 655-2346 — Telephone
(702) 655-3763 — Facsimile
brian@claggettlaw.com
scott@claggettlaw.com
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: February 1, 2023