Mary E. Bacon, Esq.
(NV Bar No. 12686)
Jessica E. Chong, Esq.
(NV Bar No. 13845)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
        jchong@spencerfane.com

*Attorneys for Defendant Garrison Property and Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **CHRISTOPHER BALLESTEROS**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY**, d/b/a USAA, a foreign entity; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00135-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

Plaintiff, Christopher Ballesteros ("Plaintiff"), and Defendant, Garrison Property and Casualty Insurance Company d/b/a USAA ("Defendant") have agreed to extend the time for Defendant to file its Reply in Support of its Motion to Dismiss for one week, from February 23, 2023 to March 2, 2023.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS

The parties request this brief extension to accommodate Defendant's lead counsel being out on maternity leave. This request is made in good faith and not for the purpose of delay.

DATED this 23rd day of February, 2023.    DATED this 23rd day of February, 2023.

**SPENCER FANE, LLP**    **CLAGGETT & SYKES LAW FIRM**

/s/ Mary E. Bacon    /s/ Brian Blankenship
Mary E. Bacon (Nevada Bar No. 12686)    Brian Blankenship, Esq.
300 South Fourth Street, Suite 950    Nevada Bar No. 11522
Las Vegas, Nevada  89101    Scott E. Lundy, Esq.
Attorneys for *Defendant Garrison*    Nevada Bar No. 14235
*Property and Casualty Insurance Company*    4101 Meadows Lane, Ste. 100
                                             Las Vegas, Nevada 89107
                                             *Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____ Feb. 23, 2023
DISTRICT COURT JUDGE