# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER BALLESTEROS, | Case No. 2:23-cv-00135-GMN-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY dba USAA, | |
| Defendant. | |

This matter is before the court on the parties' proposed discovery plan and scheduling order (ECF No. 17) filed on March 23, 2023. The parties' proposed discovery plan has several deficiencies. The Court thus denies it without prejudice.

First, the caption asserts that the plan is submitted in compliance with Local Rule 26-1(b) but deviates from the 180-day schedule that rule provides. And the discovery plan does not request special scheduling review in the caption as required by Local Rule 26-1(a). Second, the plan provides that the parties shall amend their pleadings or add parties 60 days before the close of discovery, rather than the 90 days provided in Local Rule 26-1(b)(2). Because the parties do not provide an explanation for this deviation, it is not clear to the Court whether this is a typographical error. Third, the parties' plan also includes an interim status report deadline, which the current Local Rules – amended in April of 2020 – no longer include. Fourth, the plan cites to an outdated Local Rule for extensions. Local Rule 26-3 governs extensions in the current version of the Local Rules. Finally, the plan requests a conference with the Court, but provides no reason why. The Court is typically not inclined to grant pre-discovery plan conferences, particularly if the parties do not provide a reason.

**IT IS THEREFORE ORDERED** that the parties' proposed discovery plan and scheduling order (ECF No. 17) is **DENIED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the parties must file a revised discovery plan and scheduling order in compliance with LR 26-1 by **March 30, 2023**.

DATED: March 24, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE