Mary E. Bacon, Esq.
(NV Bar No. 12686)
Jessica E. Chong, Esq.
(NV Bar No. 13845)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
        jchong@spencerfane.com

*Attorneys for Defendant Garrison
Property and Casualty Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **CHRISTOPHER BALLESTEROS**, an individual,<br><br>                Plaintiff,<br><br>        v.<br><br>**GARRISON    PROPERTY    AND CASUALTY    INSURANCE    COMPANY**, d/b/a USAA, a foreign entity; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>                Defendants. | Case No. 2:23-cv-00135-GMN-DJA<br><br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff, Christopher Ballesteros ("Plaintiff"), and Defendant, Garrison Property and Casualty Insurance Company ("Defendant") hereby stipulate and agree to dismiss Plaintiff's Complaint, with prejudice. Each party will bear its own fees and costs.

---

STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

1  DATED this 1ˢᵗ day of September, 2023.

2  **SPENCER FANE, LLP**                    **CLAGGETT & SYKES LAW FIRM**

3  /s/ Mary E. Bacon                        /s/ Brian Blankenship

4  Mary E. Bacon, Esq.                      Brian Blankenship, Esq.
   Nevada Bar No. 12686                     Nevada Bar No. 11522
5  300 South Fourth Street, Suite 950       Scott E. Lundy, Esq.
   Las Vegas, Nevada  89101                 Nevada Bar No. 14235
6  Attorneys for *Defendant Garrison*       4101 Meadows Lane, Ste. 100
7  *Property and Casualty Insurance Company*  Las Vegas, Nevada 89107
                                            *Attorneys for Plaintiff*
8

9

10                              **ORDER**

11 IT IS SO ORDERED.  The Clerk of Court is instructed to close the case.

12

13     September 6, 2023                     _____

14                                          DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                  2      Case No. 2:23-cv-00135-GMN-DJA
STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT